# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 81 EM 2014
:
Respondent :
:
:
:
:
v. :
:
:
:
SHAWN BISHOP, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of August, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Counsel is directed to file a Petition for Allowance of Appeal within 15 days of this order.